JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| JOSE CARLOS PEDROZA SANCHEZ,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.,<br>Respondents. | Case No. EDCV 26-6724-AS<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order,

The Petition is GRANTED IN PART.

DATED: November 19, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE